| Fill in this information to identify your case | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | | |
| Debtor 1: | Bryan<br>First Name | Howard<br>Middle Name | Payne<br>Last Name | Case #: | 16-17557-HRT |
| Debtor 2: | Hillary<br>First Name | Andrea<br>Middle Name | Payne<br>Last Name | Chapter: | 13 |

## Local Bankruptcy Form 3015-1.6
## Chapter 13 Debtor's Certification to Obtain Discharge

**Check applicable boxes and complete applicable sections.**

I, Hillary Andrea Payne, certify that:

### Part 1  Plan Payments

☒ I have completed all payments and obligations required by my chapter 13 plan, including if applicable all direct payments to secured creditors.

### Part 2  Domestic Support Obligations

☒ I have no domestic support obligations.
☐ During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court, administrative agency, or by any statute.
☐ I have provided the chapter 13 trustee with the information required for notice by 11 U.S.C. § 1302(d)(1)(c).

### Part 3  Valuation of Collateral Pursuant to 11 U.S.C. § 506

☐ I previously filed a Motion for Valuation of Collateral and Determination of Secured Status Under 11 U.S.C. § 506 (the "Motion") (docket no. _____ **[#]**) as to the real property described below.  The Motion was granted on _____ **[month/day/year],**  (docket no. _____ **[#]**).

_____
**[Provide property description if applicable.]**

**[If the debtor seeks a specific order extinguishing the lien subject to the Motion, the debtor must submit the attached proposed order.]**

### Part 4  Felony convictions under 11 U.S.C. § 522(q)(1) and 11 U.S.C. § 1328(h).

☒ I have not been convicted of a felony, as defined in 11 U.S.C. § 3156.  *See* 11 U.S.C. § 522(q)(1)(A).
☒ There are no pending proceedings in which I may be found guilty of a felony of the kind described in 11 U.S.C. § 522 (q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

### Part 5  Personal Financial Management Course

☒ I have completed an instructional course in personal financial management and the certification of completion has been filed.

### Part 6 — Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: July 12, 2021

/s/Ron Salas
Ron Salas Atty. Reg. #:  41364
ATTORNEY FOR DEBTOR
323 WEST DRAKE ROAD, SUITE 116
FORT COLLINS, CO 80526
970-797-2519
877-667-2860

### Part 7 — Verification of Debtor

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2021

By: **/s/ Hillary Andrea Payne**
Signature of debtor
4033 Berwick Lane
Fort Collins, CO 80524