UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
BRYAN HOWARD PAYNE

HILLARY ANDREA PAYNE  
               DEBTOR(S)

CASE NO: 16-17557 KHT

CHAPTER 13

### TRUSTEE'S STATEMENT REGARDING COMPLETION OF CHAPTER 13 PLAN

      Comes Now, Adam M. Goodman, Chapter 13 Standing Trustee, who does respectfully state the following:

      Debtor(s) filed a Chapter 13 Bankruptcy petition on July 29, 2016.  The confirmed plan established a plan term of 60 months, and in accordance with 11 U.S.C. Section 1326(a), the first plan payment was due on August 28, 2016.

      Trustee received the final payment on August 5, 2021 and the Trustee posted the final plan payment to the case on August 6, 2021.

      WHEREFORE, based on the foregoing, the Chapter 13 Standing Trustee does not oppose discharge, and respectfully requests this Honorable Court review this Statement and the record in this case, and issue an Order regarding the entry of a Chapter 13 Discharge in this case, pursuant to 11 U.S.C. § 1328(a).

Dated: September 27, 2021

/s/Adam M. Goodman  
Adam M. Goodman  
Chapter 13 Trustee  
1888 Sherman Street, Suite 750  
Denver, CO  80203  
303-830-1971  
FAX: 303-830-1973  
agoodman@ch13colorado.com